1

2

3

4

5 **IN THE UNITED STATES DISTRICT COURT**

6 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8 MIGUEL GARCIA NUNEZ,                    No. CIV S-10-0657-CMK-P

9          Petitioner,

10     vs.                                           ORDER

11 R. GROUNDS,

12          Respondent.

13 _____/

14          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

15 habeas corpus pursuant to 28 U.S.C. § 2254.   The petition challenges a conviction issued by the

16 Fresno County Superior Court.  Fresno County is part of the Fresno division of this court.  See

17 Local Rule 120(b).  Because the Sacramento division is not the proper division, this action will

18 be transferred to the Fresno division.

19          Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

20 United States District Court for the Eastern District of California sitting in Fresno.

21

22   DATED: March 23, 2010

23
                                    _____
24                                  **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE
25

26

1